1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10
11

RAYMOND DENIS WOODS,

No.  2:23-CV-2430-DMC

12

Petitioner,

13

v.

ORDER

14

WARDEN,

and

15

Respondent.

FINDINGS AND RECOMMENDATIONS

16
17

Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of

18

habeas corpus under 28 U.S.C. § 2241.  Pending before the Court is Respondent's unopposed

19

motion to dismiss.  See ECF No. 7.

20
21

**I.  BACKGROUND**[1]

22

In 2015, Petitioner was charged in the United States District Court for the Central

23

District of California with being a felon in possession of ammunition in violation of 18 U.S.C. §

24

922(g)(1).  See ECF No. 7-1 (Appendix).  Petitioner pleaded guilty was sentenced to 46 months

25

in the custody of the Bureau of Prisons (BOP) with 287 days of prior credit for his time spent in

26

27

28

---

[1]    Facts are derived from various court records provided by Respondent in the Appendix filed in support of the motion to dismiss.  See ECF No. 7-1.  The Court may take judicial notice pursuant to Federal Rule of Evidence 201 of matters of public record.  See U.S. v. 14.02 Acres of Land, 530 F.3d 883, 894 (9th Cir. 2008).

1    jail.  See id.  Petitioner's projected release date was January 11, 2024, and Petitioner was in fact

2    released on that date.[2]  See id. at 6. In the instant federal petition, Petitioner seeks relief under the

3    First Step Act (FSA).  See ECF No. 1.

4

5                                    **II.  DISCUSSION**

6              In the unopposed motion to dismiss, Respondent argues this case must be

7    dismissed because Petitioner has been released from custody, rendering this case moot.  See ECF

8    No. 7.  The Court agrees.  Petitioner's BOP records reflect that Petitioner was released from

9    custody on January 11, 2024.  See ECF No. 7-1, pg. 6.  Absent collateral consequences of the

10   conviction, which are not alleged here, a "habeas petition does not continue to present a live

11   controversy once the petitioner is released from custody." Kelley v. Brewer, 2023 WL 2992823, at *3

12   (E.D. Cal. Apr. 18, 2023) ("there is nothing capable of being redressed by a favorable judicial

13   decision because the BOP has already released [the petitioner]").  Because Petitioner's release in

14   January 2024 rendered this case moot, the Court does not address Respondent's argument that the

15   petition must also be dismissed because Petitioner was statutorily ineligible to receive discretionary

16   relief under the FSA.

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27

28
_____

[2]    Though Petitioner has been released, the Court's docket continues to reflect his former address at Federal Correctional Institution – Herlong.  This is most likely due to Petitioner's failure to file a notice of change of address following his release in January 2024.

1    **III.  CONCLUSION**

2    Based on the foregoing, the undersigned orders and recommends as follows:

3    1.      It is ORDERED that the Clerk of the Court is directed to randomly

4    assigned a District Judge to this case.

5    2.      It is ORDERED that Petitioner's motion for an expedited decision, ECF

6    No. 5, is GRANTED insofar as the Court herein recommends dismissal of the petition as moot.

7    3.      It is RECOMMENDED that Respondent's unopposed motion to dismiss,

8    ECF No. 7, be GRANTED and that this action be dismissed as moot.

9    These findings and recommendations are submitted to the United States District

10   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days

11   after being served with these findings and recommendations, any party may file written objections

12   with the Court.  Responses to objections shall be filed within 14 days after service of objections.

13   Failure to file objections within the specified time may waive the right to appeal.  See Martinez v.

14   Ylst, 951 F.2d 1153 (9th Cir. 1991).

15

16   Dated:  June 12, 2024

17   _____

18   DENNIS M. COTA
     UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

3